

**CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

Michael Kenneth Issman    UUUU190786
**Full Name of Plaintiff**    **Inmate Number**

v.

Schuylkill County Prison
**Name of Defendant 1**

Scott Hossler
**Name of Defendant 2**

Robert Harvey Hossler Jr
**Name of Defendant 3**

Sherry Clark
**Name of Defendant 4**

Margaret Issman
**Name of Defendant 5**

(Print the names of all defendants. If the names of all defendants do not fit in this space, you may attach additional pages. Do not include addresses in this section).

Civil No. 1:21-CV-0470
(to be filled in by the Clerk's Office)

(✓) Demand for Jury Trial
(__) No Jury Trial Demand

FILED
SCRANTON
MAR 1 6 2021
PER _____
DEPUTY CLERK

## I. NATURE OF COMPLAINT

Indicate below the federal legal basis for your claim, if known.

✓ Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

Y Civil Rights Action under Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971) (federal defendants)

✓ Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States

## II. ADDRESSES AND INFORMATION

### A. PLAINTIFF

Michael Landh Jessman
Name (Last, First, MI)

OWiw/9078
Inmate Number

Schuylkill County Prison
Place of Confinement

230 Sanderson St
Address

Pottsville PA, 17901
City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

- [X] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner

### B. DEFENDANT(S)

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption. If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

Scott Hossler
Name (Last, First)

SC P. Guard
Current Job Title

230 Sanderson St
Current Work Address

Pottsville PA 17901
City, County, State, Zip Code

Defendant 2:
Robert Hossler Jr
Name (Last, First)
Boyers I.G.A worker
Current Job Title
155 South Nice St
Current Work Address
Frackville PA, 17931
City, County, State, Zip Code


Defendant 3:
Sherry Clark
Name (Last, First)
Disability
Current Job Title
155 S. Nice Street Frackville PA,
Current Work Address
Frackville PA 17931
City, County, State, Zip Code


Defendant 4:
Schuylkill County Prison
Name (Last, First)
Facility
Current Job Title
Facility
Current Work Address
230 Sanderson St Pottsville PA 17901
City, County, State, Zip Code


Defendant 5:
Margarette Jessman
Name (Last, First)
Disability
Current Job Title
155 South Nice St
Current Work Address
Frackville Pa, 17931
City, County, State, Zip Code

Page 3 of 6

### III. STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

A. Describe where and when the events giving rise to your claim(s) arose.

Schuylkill County Prision is refussing me my pork and are refusing my Religious Muslim Jew Believes and refused advent and Holiday Ramadan also says trays are pork free lie, and refuse my medical doctor from seeing Dr. Multaman Askin

B. On what date did the events giving rise to your claim(s) occur?

these Dates Begain on Sept 5 2020

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

Refusing medical AnD, Religous Diet, also Refusing teachings from temple and are involved in a ponzi Scam with Judge Goodman and Einsign Busneder with officers william Burke, Dean Reuecerri, Tony Baccerri, Carl Baccerri and the Frackville Police stole my Jeep and Avalon for playing Stockexhange Robert Hossler Jr., Sheary Clark Scott Hossler, Cathrine JuDD, Shawn Lessman, Tried to kill me and poisoned me with ether and plant fud Scott Hossler Shot me with a 30 lbs unit in my sleep and the robed my propertie, N. turnaqua, frackville, wildwood crest un Jersy Cape May Newbersy ten of my business also my business in turnigena Shatterd causes my home at 525 west Howard St with Stacy lipshaw, Jon lipshaw, Richard lipshaw Jack lipshaw and Cakie lipshaw also I believe Scott Hossler killed people with his brother bob Hossles and Company Im Michael Jessman F.b.i Crime Scean investegator 654162 kc.o lead Singer of Metallica, blacksabbath, the Doers and lead guitarist and vocalsfor Pink Floyd Howard Attorney Michal Kenneth Jessman get intouch with persanal leasonual attorney Rebal Smith Esq. Presidental Candidate svp weds business my Lt Jessman 2125

## IV. LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

1. Civil Code and Statue 2. Human Right 3. Illegal Binding Agreements 3. Reckless endangerment of Human welfare 4. Civil Rights, 5. Copyright infringement 6. Harrasment 7. Extortion 8. Murder for gain 9. Racketeering 10. Ricco 11. Sexual Harrasment 12. PREA 13. Coversants to commit murder 14. Felony Assault 15. Burglary 16. theft 17. Cult Activities 18. Patriot Act. 19. Illegal confinement 20. Illegal sentencing 26. Illegaly set Bail on crimes I never knew a FI 27. imbezelment 28. Manipulating Devices 29. Murder in the first Degree, The Assination of Cathy St. Augusta and Aliyu Jessmen Pony Team involving Shawn Jessmen and Eliot Clark Jr.

## V. INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

Survival of Death ten times posioning of eathne and plant fair mental and physical, assult, and murder for gain Survivor

## VI. RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

Money Damages, legal compensation, Stop violating restraining orders, stop ponzi Scam, Jail time and I put it in the Hands of my Attorney Mr. Schuparis to set legal damages and Im seeking life or healther Injunction

## VII. SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

_____
Signature of Plaintiff

3-3-21
_____
Date

Michael Jessman
230 Sanderson St.
Pottsville, PA. 17901

United States District Court
Middle District of Pennsylvania
235 North Washington Avenue
P.O. Box 1148
Scranton, PA. 18501-1148

RECEIVED
SCRANTON
MAR 1 6 2021
PER _____
DEPUTY CLERK